09-0920

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Glenford M. Flowers | Case No. 09 B 40008 |
| Shernette D. Flowers | Judge Susan Pierson Sonderby |
| Debtors. | |

**BAC HOME LOANS SERVICING LP'S**
**RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now Comes BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ("BAC"), by and through its attorneys, Noonan & Lieberman, and in Response to the Trustee's Notice of Payment of Final Mortgage Cure, dated May 3, 2011, states as follows:

1. There remains one post-petition monthly mortgage payment in the amount of $1,447.56, due and owing to BAC.

2. The loan shall not be treated as reinstated and fully current until all post-petition mortgage payments have been made.

                                        BAC HOME LOANS SERVICING LP FKA
                                        COUNTRYWIDE HOME LOANS
                                        SERVICNG LP

                                        /s/ Stephen C. Needham

Stephen C. Needham #6290317
Noonan & Lieberman Ltd.
105 W. Adams Street, Suite 1100
Chicago, Illinois 60603
(312) 431-1455

## CERTIFICATE OF SERVICE

      I, Stephen C. Needham, an attorney, being first duly sworn upon oath, deposes and states that I have served the above RESPONSE TO TRUSTEE'S FINAL MORTGAGE CURE, upon the parties listed below, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the U.S. mailbox located at 105 W. Adams Street, Chicago, Illinois 60603, this 21st day of June 2011.

                                                                /s/ Stephen C. Needham

Glenford M. Flowers
Shernette D. Flowers
3817 W. 82nd Street6
Chicago, Illinois 60652
*Debtors*
*Via regular mail*

Brian R. Zeft
Robert J. Semrad & Associates
20 S. Clark, 28th Floor
Chicago, Illinois 60603
*Debtor's attorney*
*Via ECF*

Tom Vaughn
200 S. Michigan Street, Ste 1300
Chicago, Illinois 60604
*Trustee*
*Via ECF*

Patrick S. Layng
Office of the US Trustee, Region 11
219 S. Dearborn, Room 873
Chicago, IL 60603
*U.S. Trustee*
*Via ECF*